ELLIOT ENOKI
United States Attorney
District of Hawaii

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2001

at 12 o'clock and 0 min P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01-00229 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 21 U.S.C. § 860(a) |
| MARTIN KANUHA, ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges that:

On or about June 5, 2001, within the District of Hawaii, MARTIN KANUHA did knowingly and intentionally possess with intent to distribute and distribute cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

/ / /

/ / /

/ / /

In violation of Title 21, United States Code, Section 860(a).

DATED: _June 13_____, 2001 at Honolulu, Hawaii.

A TRUE BILL.

/s/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Martin Kanuha
"Indictment"

2