# MINUTES

CASE NUMBER:      CR 01-00229HG

CASE NAME:        UNITED STATES OF AMERICA v. MARTIN KANUHA

ATTY FOR PLA:     Ken Sorenson, AUSA

ATTY FOR DEFT:    Pamela J. Byrne, AFPD

U.S.P.O.:         Fituina Tua

---

JUDGE:  Helen Gillmor      REPORTER:  Cynthia Fazio

DATE:  July 10, 2008       TIME:      1:45 - 2:05

---

COURT ACTION:     ORDER TO SHOW CAUSE WHY SUPERVISED
                  RELEASE SHOULD NOT BE REVOKED

The defendant is present in custody.
The defendant admitted to Violations 1, 2, 3, and 4.

The Court finds that this is a Grade A violation, Criminal
History Category V.

Allocution by the defendant.

The supervised release is revoked.

    ADJUDGED: Impr of THIRTY (30) MONTHS.

    No Supervised Release to follow.

RECOMMENDATION: The defendant had 1,000 hours of computer
training while in state prison.  The Court recommends that
the defendant go to Sheridan, Oregon for further computer
training.

Advised of rights to appeal the sentence.


    Submitted by: Mary Rose Feria, Courtroom Manager