AO 245D   (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 29 2008

at ___ o'clock and _00_ min. ___M.
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**MARTIN KANUHA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:   1:01CR00229-001
USM Number:        88164-022

Pamela J. Byrne, AFPD
Defendant's Attorney

**THE DEFENDANT:**

[✔]   admitted guilt to violation of   General Condition, HRS § 712-1243, HRS § 329-43.5 Standard Condition No. 3, and Special Condition No. 3.   of the term of supervision.

[ ]   was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   3296

Defendant's Residence Address:
None

Defendant's Mailing Address:
None

July 10, 2008
Date of Imposition of Sentence

_____
Signature of Judicial Officer

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

7·28·08
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:01CR00229-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | MARTIN KANUHA | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1. | On 8/12/2003, the defendant admitted to the Probation Office that he used cocaine on or about 8/11/2003. | |
| 2. | On 8/14/2003 and 9/17/2003, the defendant failed to report to the Probation Office as instructed on 7/30/2003, 8/12/2003, and 9/02/2003. | |
| 3. | That on 9/11/2003, Mr. Kanuha entered the "Operation Weed and Seed" target area when he was arrested by the Honolulu Police Department at Mel's Video store located at 20 North Hotel Street, a location within the prohibited area. | |
| 4. | That on 2/04/2004, Mr. Kanuha pled guilty in State of Hawaii, Circuit Court of the First Circuit, for Count 1: Promoting a Dangerous Drug in the Third Degree, and Count 2: Unlawful Use of Drug Paraphernalia. | |

AO 245B     (Rev. 6/05) Judgment in a Criminal Case
               Sheet 2 - Imprisonment

CASE NUMBER:    1:01CR00229-001                  Judgment - Page 3 of 3
DEFENDANT:    MARTIN KANUHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 30 MONTHS.

[✔]    The court makes the following recommendations to the Bureau of Prisons:

The defendant had 1,000 hours of computer training while in state prison. The Court recommends that the defendant go to Sheridan, Oregon for further computer training.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal